UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PETITION OF THE CENTER FOR INVESTIGATIVE REPORTING TO UNSEAL DOCKET AND JUDICIAL RECORDS | Case No. 94-xr-00462-JD-1 *SEALED* <br><br> **ORDER RE GOVERNMENT'S EX PARTE APPLICATION** <br><br> Re: Dkt. No. 9 |

For the reasons stated in the government's application, Dkt. No. 9, the Court grants the government's unopposed request for copies of the sealed documents in this case. The Clerk's office is directed to release to employees of the United States Attorney's Office for the Northern District of California copies of all documents in its possession that were contained in the previously-sealed docket for case number 94-xr-00462.

The government's request to seal its ex parte application and the Court's order on the application is denied. The government provides no reason why the application or the Court's order should be sealed. Consequently, all documents that were previously filed on the docket will remain sealed but the seal on the case will be lifted, and the government's ex parte application, Dkt. No. 9, and this order will not be sealed.

**IT IS SO ORDERED.**

Dated: July 29, 2020

JAMES DONATO
United States District Judge